THIMESCH LAW OFFICES
TIMOTHY S. THIMESCH, SBN 148213
tim@thimeschlaw.com
158 Hilltop Crescent
Walnut Creek, CA 94597-3452
Telephone:   (925) 588-0401
Facsimile:   (888) 210-8868

Attorneys for Plaintiff
CRAIG YATES

HANSON BRIDGETT LLP
MICHELE TRAUSCH, SBN 75145
mtrausch@hansonbridgett.com
KURT A. FRANKLIN, SBN 172715
kfranklin@hansonbridgett.com
425 Market Street, 26th Floor
San Francisco, California 94105
Telephone:   (415) 777-3200
Facsimile:   (415) 541-9366

Attorneys for CONGREGATION SHERITH ISRAEL, CONRAD DONNER, SANDRA DONNER, EDWARD A. KOPLOWITZ, DIANE SAMPSON, CHILDREN'S BRAIN DISEASE FOUNDATION

BERRY & BLOCK LLP
BRIAN CRONE, SBN 191731
bcrone@berryblock.com
ERICK C. TURNER, SBN 236186
2150 River Plaza Drive, Suite 415
Sacramento, CA 95833
Telephone:   (916) 564-2000
Facsimile:   (916) 564-2024

Attorneys for Defendant
WALGREEN CO.

LITTLER MENDELSON
JOHN M. JULIUS, III, SBN 112640
JJulius@littler.com
501 W. Broadway, Suite 900
San Diego, California 92101-3577
Telephone:   (619) 515-1820

Attorneys for Defendant
ROSS STORES, INC.

-1-

3850364.1

C11-04347 EDL

**STIPULATION OF DISMISSAL OF ACTION WITH PREJUDICE AND ~~PROPOSED~~ ORDER**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRAIG YATES<br><br>Plaintiff,<br><br>v.<br><br>ROSS STORES, INC.; WALGREEN CO.; CONGREGATION SHERITH ISRAEL; ST.ANTHONY FOUNDATION; CONRAD DONNER; SANDRA DONNER; EDWARD A. KOPLOWITZ; DIANE SAMPSON; CAESAR CHURCHWELL; TEAM SAN FRANCISCO PIZZA, LLC; STAN ILUSHKIN; AND DOES 1 through 50, Inclusive,<br><br>Defendants. | Case Number C11-04347 EDL<br><br>**STIPULATION OF DISMISSAL OF ACTION WITH PREJUDICE AND** ~~PROPOSED~~ **ORDER**<br><br>Action Filed;   August 31, 2011 |

Plaintiff Craig Yates and Defendants Ross Stores, Inc., Walgreen Co., Congregation Sherith Israel, Conrad Donner, Sandra Donner, Edward A. Koplowitz, Diane Sampson, and Team San Francisco Pizza, LLC  (collectively "Defendants"), by and through their attorneys of record, file this Stipulation and Order of Dismissal with Prejudice pursuant to Federal Rule of Civil Procedure sections 41(a)(1) and (2).

Plaintiff filed this lawsuit on August 31, 2011.

Plaintiff and Defendants have entered into a "Settlement Agreement and Mutual Release" which settles all aspects of the lawsuit against Defendants without admission by any party of wrongdoing, liability, or fault.  The Settlement Agreement and Mutual Release attached hereto as Exhibit 1 states in part that it is contingent upon the Court, or Magistrate Judge Elizabeth Laporte or other designated magistrate accepting jurisdiction to interpret and enforce the Settlement Agreement and Mutual Release.

1   Plaintiff and Defendants Stipulate to the Court retaining jurisdiction to enforce the
2 "Settlement Agreement and Mutual Release."
3   Plaintiff moves to dismiss with prejudice the lawsuit against Defendants pursuant
4 to FRCP 41(a)(1) and (2). Each side shall pay its own attorneys' fees and costs except
5 as expressly set forth or otherwise provided for or permitted in the Settlement Agreement
6 and Mutual Release.
7   Defendants, who have answered the complaint, agree to the dismissal with
8 prejudice.
9   The case is not a class action, and no receiver has been appointed.
10   This Stipulation and Order may be signed in counterparts, and facsimile or
11 electronically transmitted signatures shall be as valid and binding as original signatures.
12   Wherefore, Plaintiff and Defendants, by and through their attorneys of record, so
13 stipulate.

14 DATED: 11/7, 2011        THIMESCH LAW OFFICES

                          By: _____
                          TIMOTHY S. TIMESCH
                          Attorneys for Plaintiff
                          CRAIG YATES

| | | |
|---|---|---|
| 1 | DATED: Nov. 2, 2011 | HANSON BRIDGETT LLP |
| 2 | | |
| 3 | | By: /s/ Michele K Trausch |
| 4 | | MICHELE TRAUSCH<br>KURT A. FRANKLIN |
| 5 | | Attorneys for CONGREGATION SHERITH ISRAEL, CONRAD DONNER, SANDRA DONNER, EDWARD A. KOPLOWITZ, DIANE SAMPSON and CHILDREN'S BRAIN DISEASE FOUNDATION |

DATED: _____, 2011     BERRY & BLOCK LLP

By: _____
    BRIAN CRONE
    ERICK C. TURNER
    Attorneys for Defendant
    WALGREEN CO.

DATED: _____, 2011     LITTLER MENDELSON

By: _____
    JOHN M. JULIUS, III
    Attorneys for Defendant
    ROSS STORES, INC.

| | | |
|---|---|---|
| 1 | DATED: _____, 2011 | HANSON BRIDGETT LLP |
| 2 | | |
| 3 | | By: _____ |
| 4 | | MICHELE TRAUSCH<br>KURT A. FRANKLIN |
| 5 | | Attorneys for CONGREGATION SHERITH ISRAEL, CONRAD DONNER, SANDRA DONNER, EDWARD A. KOPLOWITZ, DIANE SAMPSON and CHILDREN'S BRAIN DISEASE FOUNDATION |
| 9 | DATED: 11/7, 2011 | BERRY & BLOCK LLP |
| 11 | | By: _____/s/_____ |
| 12 | | BRIAN CRONE<br>ERICK C. TURNER |
| 13 | | Attorneys for Defendant<br>WALGREEN CO. |
| 16 | DATED: _____, 2011 | LITTLER MENDELSON |
| 18 | | By: _____ |
| 19 | | JOHN M. JULIUS, III<br>Attorneys for Defendant<br>ROSS STORES, INC. |

3850364.1

-4-

C11-04347 EDL

**STIPULATION OF DISMISSAL OF ACTION WITH PREJUDICE AND ~~PROPOSED~~ ORDER**

DATED: _____, 2011        HANSON BRIDGETT LLP

By: _____
MICHELE TRAUSCH
KURT A. FRANKLIN
Attorneys for CONGREGATION SHERITH ISRAEL, CONRAD DONNER, SANDRA DONNER, EDWARD A. KOPLOWITZ, DIANE SAMPSON and CHILDREN'S BRAIN DISEASE FOUNDATION

DATED: _____, 2011        BERRY & BLOCK LLP

By: _____
BRIAN CRONE
ERICK C. TURNER
Attorneys for Defendant
WALGREEN CO.

DATED: Nov. 2, 2011        LITTLER MENDELSON

By: _____
JOHN M. JULIUS, III
Attorneys for Defendant
ROSS STORES, INC.

1  PURSUANT TO STIPULATION, IT IS SO ORDERED,

2      The lawsuit against Defendants is dismissed with prejudice.  The Court shall retain
3  jurisdiction to enforce the parties' "Settlement Agreement and Mutual Release."  Each
4  side shall pay its own attorneys' fees and costs except as expressly set forth or otherwise
5  provided for or permitted in the Settlement Agreement and Mutual Release.

7  DATED: November 14, 2011

10  BY: *Elijah D. Laporte*
11  Magistrate Judge Elizabeth Laporte